1  **WO**

6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE DISTRICT OF ARIZONA

9  United States of America,                )    05-6290M
                                             )
10           Plaintiff,                      )    **MATERIAL WITNESS ORDER**
                                             )
11  vs.                                      )
                                             )
12  Marcelo Mendez-Ortega,                   )
    Concepcion Rueda-Lopez,                  )
13  Alfonso Jiminez-Domingo,                 )
                                             )
14           Defendants.                     )
                                             )
15  _____  )

16       Defendants Marcelo Mendez-Ortega, Concepcion Rueda-Lopez, and Alfonso Jiminez-
17  Domingo, having been charged in the District of Arizona with a violation of Title 8, United
18  States Code, Section 1324(a)(1)(A)(iii), and the Court having determined from the affidavit
19  of filed in this case, the following person can provide testimony that is material to the offense
20  alleged in the complaint:

22           Mario Quiroz-Quinones

24       The Court finds that it may become impracticable to secure the presence of the
25  witness by subpoena in further proceedings because they are not in the United States legally
26  and have no legal residence or employment in this Country.
27       **IT IS ORDERED** that the witness shall be detained pursuant to 18 U.S.C. § 3144 in
28  a corrections facility separate, to the extent practicable, from person(s) awaiting or serving

1 sentences or being held in custody pending appeal. The witness shall be afforded a
2 reasonable opportunity for private consultation with counsel.
3     DATED this 8th day of December, 2005.

                                David K. Duncan
                         United States Magistrate Judge